**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

IN RE:
RANDY HAROLD BAKER,                                    CASE NO. 3:15-bk-33764-SHB
                                                       Chapter 13
    Debtor.

Objecting Party: <u>Newport Federal Bank</u>

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

_____ 1. Debtor(s) not eligible for Chapter 13 relief. 11 U.S.C. §109(e) or (g).

**X** 2. Plan not proposed in good faith. 11 U.S.C. § 1325(a)(3).

_____ 3. Creditors receive less under the plan that they would receive in a chapter 7. 11 U.S.C. § 1325(a)(4).

_____ 4. Plan does not provide for payment of all disposable income. 11 U.S.C. § 1325(b)(1)(B).

_____ 5. The plan is not feasible. 11 U.S.C. § 1325(a)(6).

**X** 6. Unsecured claims are improperly classified or plan unfairly discriminates a class. 11 U.S.C. § 1322(b)(1).

_____ 7. Plan improperly provides for lien avoidance.

_____ 8. Collateral is undervalued or all collateral not listed. 11 U.S.C. § 1325(a)(5)(B)(ii).

_____ 9. No interest provided on claim or interest rate is insufficient. 11 U.S.C. § 1325(a)(5)(B)(ii).

_____ 10. Lack of adequate protection, either in monthly payment on secured debt or absence of insurance.

**X** 11. The plan does not permit a deficiency claim.

_____ 12. Security interest in principal residence is impermissibly modified, no mortgage arrearage listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. § 1325(a)(5).

_____ 13. The plan does not provide for lien retention for a secured claim. 11 U.S.C. § 1325(a)(5)(B)(i).

**X** 14. Other: **Plan impermissibly transfers property to creditor**

/s/Thomas H. Dickenson
THOMAS H. DICKENSON (State Bar No. 006844)
Attorney for Newport Federal Bank
**HODGES, DOUGHTY & CARSON, PLLC**
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Objection to Confirmation of Chapter 13 Plan** has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

>Randy Harold Baker (USM)
>353 Poplar Grove Road
>Harogate, TN 37752
>
>Richard M. Mayer (ECF)
>1111 Northshore Drive S-570
>Knoxville, TN 37919
>
>Gwendolyn M. Kerney (ECF)
>P. O. Box 228
>Knoxville, TN 37901-0228

This the 22nd day of January 2016.

>/s/Thomas H. Dickenson_____
>Thomas H. Dickenson