## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

**IN RE**:       RANDY HAROLD BAKER

                                                    15-33764-SHB

**Debtor(s)**                                       **Chapter 13**

-------------------------------------------------------------------------------------------------------------------

### MOTION FOR ENTRY OF AN AGREED ORDER

Comes the Chapter 13 Trustee and moves the Court for entry of an Agreed Order on claimed Exemptions.

Respectfully submitted,

/s/ Gwendolyn M. Kerney, w/perm bmb
GWENDOLYN M. KERNEY, #007280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Motion and Agreed Order have been electronically serviced and/or mailed to the following this   11   day of   February  , 2016.

/s/ Gwendolyn M. Kerney, w/perm bmb

RANDY HAROLD BAKER/
353 POPLAR GROVE ROAD
HARROGATE, TN  37752

Richard M. Mayer and/or John P. Newton
Law Offices of Mayer & Newton
1111 Northshore Dr. S-570
Knoxville, TN  37919-

United States Trustee
800 Market Street, Ste. 114
Knoxville, TN  37902