**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE**

**IN RE**: RANDY HAROLD BAKER

#15-33764-SHB

**Debtor(s)**                                                                                                  **Chapter 13**

**AGREED ORDER ON EXEMPTIONS**

Comes Gwendolyn M. Kerney, the Chapter 13 Trustee, and Richard M. Mayer and/or John P. Newton, attorney for the debtor(s) and announce that the parties are in agreement, and it is hereby **ORDERED** that the time period under Bankruptcy Rules 1019 (2)(B)(i) and 4003(b) for filing objections to any property claimed exempt by the debtor(s) is extended until the debtor(s) complete all of the Chapter 13 plan payments.  If prior to the completion of the plan payments this case is converted to another chapter, the time period for filing objections to the debtor(s)' exemptions is extended until thirty (30) days after the conclusion of the meeting of creditors held in the converted case or thirty (30) days after the filing of any amendment or supplement to the list of exempt property, whichever occurs last.

# # #

APPROVED FOR ENTRY:

/s/Gwendolyn M. Kerney, w/perm. bmb                /s/Richard M. Mayer, w/perm GMK/bmb
GWENDOLYN M. KERNEY, #07280              /s/John P. Newton, w/perm GMK/bmb
Chapter 13 Trustee                                              Law Offices of Mayer & Newton
PO Box 228                                                          1111 Northshore Drive, S-570
Knoxville, TN 37901                                             Knoxville, TN 37919
(865) 524-4995                                                      (865) 588-5111