| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Randy** First Name | **Harold** Middle Name | **Baker** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number (if known) | 3:15-bk-33764-SHB | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Savings: Home Federal Bank**<br>Line from *Schedule A/B*: **17.1** | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

IN RE:       RANDY HAROLD BAKER                           CASE NO. 3:15-bk-33764-SHB

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE C

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing AMENDED SCHEDULE C, and that they are true and correct to the best of my knowledge, information, and belief.

Date    2/ 11 /16                       /s/   Randy Harold Baker
                                        RANDY HAROLD BAKER


Date    2/11 /16                        /s/ Richard M. Mayer # 5534
                                        /s/ John P. Newton, Jr. #010817
                                        Attorney for Debtors


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §152 and 3571.


### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing AMENDED SCHEDULE C has been furnished to the following:

Gwendolyn Kerney              Tiffany Dilorio
Chapter 13 Trustee            Office of the United States Trustee
P.O. Box 228                  Suite 114, 800 Market Street
Knoxville, TN 37901           Howard H. Baker, Jr. US Courthouse
                              Knoxville, TN 37902

All Creditors (See attached mailing matrix)


Dated: 2/ 12 /16              /s/ Richard M. Mayer # 5534
                              /s/ John P. Newton, Jr. #010817
                              Attorney for Debtors
                              Landmark Center South Tower
                              1111 Northshore Drive
                              Knoxville, TN 37919
                              (865)588-5111

```
Label Matrix for local noticing          Newport Federal Bank                    United States Bankruptcy Court
0649-3                                    c/o Thomas H. Dickenson                Howard H. Baker Jr. U.S. Courthouse
Case 3:15-bk-33764-SHB                    Hodges, Doughty & Carson               Suite 330, 800 Market Street
Eastern District of Tennessee             P. O. Box 869                          Knoxville, TN 37902-2343
Knoxville                                 Knoxville, TN 37901-0869
Thu Feb 11 14:05:28 EST 2016

(p)AMERICAN HONDA FINANCE                 American Info Source                   Barclays Bank Card
P O BOX 168088                            P.O. Box 71083                         P.O. Box 13337
IRVING TX 75016-8088                      Charlotte, NC 28272-1083               Philadelphia, PA 19101-3337


Barclays Bank Delaware                    Capital One Bank                       Capital One Bank
Attn: Bankruptcy Dept.                    Bankruptcy Claims Servicer             P.O. Box 71083
700 Prides Xing                           PO Box 30281                           Charlotte, NC 28272-1083
Newark, DE 19713-6102                     Salt Lake City, UT 84130-0281


Capital One Bank (USA), N.A.              CitiMortgage, Inc.                     Claiborne Co. Trustee
PO Box 71083                              1000 Technology Drive                  P.O. Box 72
Charlotte, NC  28272-1083                 O Fallon, MO 63368-2240                Tazewell, TN 37879-0072


Credit One Bank                           Cynthia Runyon                         Cynthia Staten Runyon
Bankruptcy Dept.                          31111 Cecelia Street                   31111 Cecelia Street
P.O. Box 98873                            White Pine, TN 37890                   White Pine, TN 37890
Las Vegas, NV 89193-8873


Debbie Collins                            First National Bank / CCS              First National Bank Credit Card
P.O. Box 1221                             Attn: Bankruptcy Dept.                 Attn: Bankruptcy Dept.
White Pine, TN 37890-1221                 500 E. 60th Street N                   P.O. Box 5097
                                          Sioux Falls, SD 57104-0478             Sioux Falls, SD 57117-5097


First Premier Bank                        First Tennessee Bank                   Internal Revenue Service
601 S. Minnesota Ave.                     800 S. Gay Street, #1200               Centralized Insolvency Operations
Sioux Falls, SD 57104-4868                Knoxville, TN 37929-9729               P.O. Box 7346
                                                                                 Philadelphia, PA 19101-7346


Jefferson Co. Trustee                     Jefferson County General Sessions      Kenny L. Saffles, Esq.
P.O. Box 38                               765 Justice Center Dr.                 Howard H. Baker Jr. US Courthouse
Dandridge, TN 37725-0038                  PO Box 671                             800 Market Street, #211
                                          Dandridge, TN 37725-0671               Knoxville, TN 37902-2342


LVNV Funding - Resurgent Capital Service  Lending Club                           Lending Club
P. O. Box 10587                           71 Stevenson Street, Ste. 300          P.O. Box 56480
Greenville, SC 29603-0587                 San Francisco, CA 94105-2985           Portland, OR 97238-6480


Lowes / SYNCB                             MABT/Contfin                           Merrick Bank
P.O. Box 965005                           Attn: Bankruptcy Dept.                 10705 S. Jordon Gtwy., Ste. 200
Orlando, FL 32896-5005                    121 Continental Drive, Ste. 108        South Jordan, UT 84095-3977
                                          Newark, DE 19713-4326
```

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>P.O. Box 2011<br>Warren, MI 48090-2011 | Midland Funding, LLC<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 | Newport Federal Bank<br>170 West Broadway Street<br>Newport, TN 37821-2325 |
| Newport Federal Bank<br>P.O. Box 249<br>Newport, TN 37822-0249 | Nicholas S. Davenport, Esq.<br>P.O. Box 3204<br>Morristown, TN 37815-3204 | Oaks Salvage Freight<br>1061 S. Cumberland<br>Morristown, TN 37813-5236 |
| PS Design<br>52876 Harmon Drive<br>Elkhart, IN 46514-7643 | Premier Bankcard<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | R & R Well Drilling<br>2633 Dixie Hwy.<br>Tazewell, TN 37879 |
| Regional Finance - Morristown<br>1631 East Andrew Johnson Highway<br>Morristown, TN 37814-5401 | Regional Management Corp.<br>P.O. Box 776<br>Mauldin, SC 29662-0776 | Reverse Mortgage Solutions<br>Attn: Bankruptcy Dept.<br>5010 Linbar Drive, Ste. 100<br>Nashville, TN 37211-5064 |
| SunSource Financial<br>P.O. Box 2461<br>Church Hill, TN 37642-2461 | Terry E. Hurst, Atty.<br>331 E. Main Street<br>Newport, TN 37821-3144 | Thomas H. Dickenson, Esq.<br>Hodges, Doughty & Carson et al<br>P.O. Box 869<br>Knoxville, TN 37901-0869 |
| U.S. Dept of Justice<br>Tax Division, CTS Eastern Reg<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044-0227 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 | World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>P.O. Box 6429<br>Greenville, SC 29606-6429 |
| World Finance<br>Attn: Bankruptcy Dept.<br>P.O. Box 433<br>Jefferson City, TN 37760-0433 | Cynthia Runyon<br>31111 Cecelia Street<br>White Pine, TN 37890 United States | Gwendolyn M Kerney<br>Chapter 13 Trustee<br>P. O. Box 228<br>Knoxville, TN 37901-0228 |
| John P. Newton Jr.<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | Randy Harold Baker<br>353 Poplar Grove Road<br>Harrogate, TN 37752-6310 | Richard M. Mayer<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>8601 McAlpine Park Drive, #230<br>Charlotte, NC 28211-6305 | (d)American Honda Finance<br>P.O. Box 168088<br>Irving, TX 75062-8088 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6444 |

(d)Honda Finance Corp.
Bankruptcy Dept.
P.O. Box 1844
Alpharetta, GA 30023-1844

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Reverse Mortgage Solutions, Inc.,               End of Label Matrix
                                                   Mailable recipients    53
                                                   Bypassed recipients     1
                                                   Total                  54