## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:        RANDY HAROLD BAKER                    #15-33764-SHB
                                                    Chapter 13

OBJECTING PARTY:  **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

\_\_\_     1.  Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109

\_\_\_     2.  Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

\_x\_\_     3.   Creditors receive less under the plan that they would receive in a chapter 7.

            11 U.S.C. § 1325(a)(4)

\_\_\_     4.  Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)

\_x\_\_     5.   The plan is not feasible.  11 U.S.C. § 1325(a)(6)

\_\_\_     6.  Petition not filed in good faith.  11 U.S.C. §1325 (a)(7)

\_\_\_     7.  Debtor(s) has failed to pay required domestic support obligations post-petition.

            11U.S.C. §1325 (a)(8)

\_\_\_     8.  Unsecured claims are improperly classified or plan unfairly discriminate as a class.

            11 U.S.C. § 1322(b)(1)

\_\_\_     9.  Plan improperly provides for lien avoidance.

\_\_\_     10.  Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)

\_\_\_     11.  No interest provided on claim or interest rate is insufficient.11 U.S.C. §1325(a)(5)(B)

\_\_\_     12. Lack of adequate protection, either in monthly payment on secured debt or absence of

            insurance. 11 U.S.C. §1325(a)(5)(B)

\_\_\_     13. The plan does not permit a deficiency claim.

\_\_\_     14. Security interest in principal residence is impermissibly modified, no mortgage arrearage

             listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

\_\_\_     15. Plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)

\_\_\_     16. Debtor(s) have unfiled federal income tax returns.  11 U.S.C. §1325 (a)(9).

\_\_\_     17.  Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

\_X\_     18. Trustee preserves any and all other applicable objections to confirmation.

\_\_\_     19. Other :_____

          _____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

 /s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995