### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

In re:  Randy Baker

SHB

Debtor.

No. 3:15-bk-33764-SHB

Chapter 13

Objecting Party:  Cynthia Runyon

### WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Comes now creditor, Cynthia Runyon, by and through counsel, and respectfully requests this Honorable Court to withdraw her objection to the confirmation of Randy Baker's Chapter 13 Plan, which was filed on January 13, 2016, and is document number 16.

_/s/ Weston Gantte_   Weston Gantte
( Signed and Printed Name)   Attorney for Secured Creditor, Cynthia Runyon

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Chapter 13 Plan has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

Randy Harold Baker (USM) 353 Poplar Grove Road Harogate, TN 37752
Richard M. Mayer (ECF) 1111 Northshore Drive S-570 Knoxville, TN 37919
Gwendolyn M. Kerney (ECF) P. O. Box 228 Knoxville, TN 37901-0228

**Weston A. Gantte, Attorney at Law**

Weston A. Gantte, #034244
P. O. Box 398
Dandridge, TN  37725
(865) 940-1529
Attorney for Creditor.