

**SO ORDERED.**
SIGNED this 16th day of February, 2016

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE: RANDY HAROLD BAKER

#15-33764-SHB

Debtor(s)                                       Chapter 13

### AGREED ORDER ON AMENDED EXEMPTIONS

Comes Gwendolyn M. Kerney, the Chapter 13 Trustee, and Richard M. Mayer and/or John P. Newton, attorney for the debtor(s) and announce that the parties are in agreement, and it is hereby **ORDERED** that the time period under Bankruptcy Rules 1019 (2)(B)(i) and 4003(b) for filing objections to any property claimed exempt by the debtor(s) is extended until the debtor(s) complete all of the Chapter 13 plan payments. If prior to the completion of the plan payments this case is converted to another chapter, the time period for filing objections to the debtor(s)' amended exemptions is extended until thirty (30) days after the conclusion of the meeting of creditors held in the converted case or thirty (30) days after the filing of any amendment or supplement to the list of exempt property, whichever occurs last.

### ###

APPROVED FOR ENTRY:

/s/Gwendolyn M. Kerney, w/perm. cw
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995

_____
Richard M. Mayer and/or John P. Newton
Law Offices of Mayer & Newton
1111 Northshore Dr. S-570
Knoxville, TN 37919-