IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    RANDY HAROLD BAKER                          Case #15-33764-SHB
                                                      Chapter 13

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at US BANKRUPTCY COURT, 800 MARKET ST. STE 330, KNOXVILLE, TN 37902 an objection within twenty-one (21) days from the date this paper was filed and serve a copy on the Chapter 13 Trustee, PO Box 228, Knoxville, TN 37901 and the debtor(s)' attorney, Richard M. Mayer and/or John P. Newton, Law Offices of Mayer & Newton, 1111 Northshore Dr. S-570, Knoxville, TN 37919.  If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing**.

MOTION BY CHAPTER 13 TRUSTEE PER FRBP 3002.1(e) DETERMINATION OF FEES, EXPENSES, OR CHARGES FILED BY NEWPORT FEDERAL BANK

NEWPORT FEDERAL BANK filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on 1/22/2016 for fees, expenses, and/or charges in the amount of $400.00.  The plan as confirmed surrendered the real property securing the mortgage of NEWPORT FEDERAL BANK.  This Court entered an order on 4/14/2016 disallowing the secured claim of NEWPORT FEDERAL BANK pending a timely filed amended deficiency claim, which has not been filed.  The Trustee seeks to disallow the post-petition fee claim of NEWPORT FEDERAL BANK in the amount of $400.00 asserted under Federal Rule of Bankruptcy Procedure 3002.1, which applies to ongoing principal residence mortgage claims and not surrendered mortgage deficiency claim treatments.

Wherefore, based on the foregoing, the supplemental claim of NEWPORT FEDERAL BANK filed on 1/22/2016 In the amount of $400.00 should be disallowed in its entirety

Respectfully submitted,

/s/ Gwendolyn M. Kerney (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN 37901
(865) 524- 4995

SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

    Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion, Notice and Proposed Order and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this 27th day of April, 2015.

/s/ Gwendolyn M. Kerney (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee

RANDY HAROLD BAKER
353 POPLAR GROVE ROAD
HARROGATE, TN 37752

RICHARD M. MAYER AND/OR JOHN P. NEWTON
LAW OFFICES OF MAYER & NEWTON
1111 NORTHSHORE DR. S-570
KNOXVILLE, TN 37919

UNITED STATES TRUSTEE
800 MARKET STREET SUITE 114
KNOXVILLE, TN 37902

NEWPORT FEDERAL BANK
ATTN: OFFICER OF THE BANK
170 W. BROADWAY
NEWPORT, TN 37821-
CERTIFIED MAIL: 7015 1520 0002 7412 6502

THOMAS H. DICKENSON, ATTORNEY
HODGES, DOUGHTY & CARSON, PLLC
PO BOX 869
KNOXVILLE, TN 37901-0869