IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:     RANDY HAROLD BAKER              #15-33764-SHB
                                           Chapter 13
                                           Filed 12/28/15
                                           Confirmed March 4, 2016

## NOTICE

**Notice is hereby given that a hearing on the Trustee's Motion to Dismiss will be held on 07/05/2017 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom 1C, Howard H. Baker Jr. Courthouse, 800 Market Street, Knoxville, TN. 37902. If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

## TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C. §1307 for one or more of the following reasons:

_x___   **Approximate** plan arrearage of $503.00 accrued since plan filed.
_____   Cumulative plan arrearage, including current arrearage, is **approximately** $
        ( prior Motions to Dismiss for arrearages).
_x___   Secured creditors are behind.
_x___   Case is no longer feasible due to: _x__ plan arrearages; ___excessive claims filed.
_____   Case has expired or is near expiration with an unpaid balance of $_____.
_____   Debtor(s) failed to appear for scheduled 341 Meeting of Creditors.
_____   Other:

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion to Dismiss and Notice of Hearing and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below on May 30, 2017.

RANDY HAROLD BAKER /
111 ZION CHURCH ROAD, APT. 1                    /s/ Gwendolyn M. Kerney  ( by en w/perm)
                                                Gwendolyn M. Kerney, #7280
HINDMAN, KY  41822-                             Chapter 13 Trustee
                                                PO Box 228
                                                Knoxville, TN  37901
                                                (865) 524-4995

RICHARD M. MAYER AND/OR JOHN P. NEWTON
LAW OFFICES OF MAYER & NEWTON
1111 NORTHSHORE DR. S-570                       United States Trustee
KNOXVILLE, TN  37919-                           800 Market Street Suite 114
                                                Knoxville, TN  37902