

**SO ORDERED.**
**SIGNED this 1st day of August, 2017**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   RANDY HAROLD BAKER            3:15-bk-33764-SHB
                                       Chapter 13

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter came upon the Motion to Dismiss filed by the Chapter 13 Trustee.

Debtor shall increase plan payments from $275.00 to $281.00 every month, beginning August, 2017, to be paid by direct pay.

The plan arrearages are not forgiven.

In the event that the Debtor fails to make a Chapter 13 plan payment, upon certification of such failure by the Chapter 13 Trustee, the debtor's Chapter 13 may be dismissed without further notice or hearing.

This order is dispositive of the Trustee's Motion to Dismiss.

###

APPROVED FOR ENTRY:

/s/ Richard M. Mayer, #5534
/s/ John P. Newton, Jr., #010817
Attorneys for Debtor
1111 Northshore Drive, Suite S-570
Knoxville, TN  37919
(865) 588-5111
mayerandnewton@mayerandnewton.com

GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995