# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RANDY HAROLD BAKER, | ) | Case No. 15-33764-SHB |
| | ) | |
| Debtor. | ) | Chapter 13 |

## NOTIFICATION OF ADDRESS CHANGE

**COMES** the Debtor and would notify the Court of an address change. The correct address is as follows:

**33 Hemlock Drive**
**Pippa Passes, KY 41844**

BY: /s/ Richard M. Mayer,  #5534
/s/ John P. Newton, #010817
Law Office of Mayer & Newton
Attorneys for Debtor
1111 Northshore Drive, Suite S-570
Knoxville, TN  37919
(865) 588-5111

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **Notification of Address Change** has been forwarded to the following by electronic filing (ECF)

Gwendolyn M. Kerney, Chapter 13 Trustee

Tiffany A. DiIorio, Attorney (via e-mail)
Office of the United States Trustee

DATED:  August 10, 2017          /s/ Richard M. Mayer,  #5534
/s/ John P. Newton, # 010817