UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

IN RE:                                                              CASE NO.: 3:15-bk-33764-SHB
                                                                    CHAPTER 13
Randy Harold Baker,

    Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Ashley Albino
    Ashley Albino, Esquire
    Email: aalbino@rasflaw.com

Case 3:15-bk-33764-SHB    Doc 77    Filed 09/29/17    Entered 09/29/17 15:51:58    Desc
Main Document      Page 2 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES OF MAYER & NEWTON
1111 NORTHSHORE DRIVE
SUITE S-570
KNOXVILLE, TN  37919

RANDY HAROLD BAKER
353 POPLAR GROVE ROAD
HARROGATE, TN  37752

GWENDOLYN M KERNEY
CHAPTER 13 TRUSTEE
P. O. BOX 228
KNOXVILLE, TN  37901

UNITED STATES TRUSTEE
800 MARKET STREET, SUITE 114
HOWARD H. BAKER JR. U.S. COURTHOUSE
KNOXVILLE, TN  37902

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Ashley Albino
Ashley Albino, Esquire
Email: aalbino@rasflaw.com

16-226912 - TeU
Baker,Virginia
Request for Service
Page 2