**SO ORDERED.**
**SIGNED this 18th day of October, 2017**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

**IN RE:**                                          **CASE NO.: 3:15-bk-33764-SHB**

**RANDY HAROLD BAKER,**                  **CHAPTER  13**

   **Debtor.**

                                                    **HON. SUZANNE H. BAUKNIGHT**

_____

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY
### FILED BY REVERSE MORTGAGE SOLUTIONS, INC.

This matter having come before the Court pursuant to the Motion for Relief from the

Automatic Stay filed by REVERSE MORTGAGE SOLUTIONS, INC., and based upon the

record herein,

It appearing that REVERSE MORTGAGE SOLUTIONS, INC.  has a lien on the real

property located at 353 Poplar Grove Road, Harrogate, Tennessee 37752, by virtue of a

Promissory Note ("Note") and Deed of Trust ("Mortgage") executed on July 18, 2013, by

Virginia Baker, Attorney in fact for Charles N. Baker, and Virginia Baker, securing payment of

the Note in the maximum principal amount of $192,000.00 to Reverse Mortgage Solutions, Inc.

dba Security 1 Lending, which Mortgage was recorded on August 8, 2012 in Book 1388 at Page

444-458 in the Public Records of Claiborne County, Tennessee, and that the Debtor is

responsible for maintaining taxes and insurance on the property throughout the term of the loan,

**IT IS, THEREFORE, ORDERED** that:

1. The Motion for Relief of REVERSE MORTGAGE SOLUTIONS, INC. is hereby
   conditionally denied;

2. The Debtor shall tender payment of the past due insurance premiums to REVERSE
   MORTGAGE SOLUTIONS, INC. in the amount of $673.33 within ten days of entry
   of this Agreed Order;

3. If the Debtor fails to tender payment of the past due insurance premiums in the
   amount of $673.33 within ten days of entry of this Agreed Order, then REVERSE
   MORTGAGE SOLUTIONS, INC. shall be granted relief from the automatic stay
   provisions of 11 U.S.C. § 362 and may proceed with enforcement of its security
   interest in the real property located at 353 Poplar Grove Road, Harrogate, Tennessee;

4. The Debtor shall continue to maintain insurance on the real property;

5. If the Debtor fails to maintain insurance on the real property, then REVERSE
   MORTGAGE SOLUTIONS, INC. shall be granted relief from the automatic stay
   provisions of 11 U.S.C. § 362 and may proceed with enforcement of its security
   interest in the real property located at 353 Poplar Grove Road, Harrogate, Tennessee
   37752 after 15 days' notice and right to cure;

6. If the Debtor fails to tender payment of the past due insurance premiums or fails to
   maintain insurance on the real property pursuant to the terms of this Agreed Order,

then Reverse Mortgage Solutions, Inc., shall file a Notice of Default and Termination

of the Automatic Stay; and

7.  The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are

hereby waived by this Court.



###

APPROVED FOR ENTRY:

/s/ Holly N. Knight
Holly N. Knight, Esq. (017940)
Attorney for REVERSE MORTGAGE SOLUTIONS, INC.
Knight Law Firm
102 Woodmont Boulevard, Suite 200
Nashville, TN 37205
(615) 345-0328
hknight@knightlawpllc.com


/s/ John P. Newton, Jr.
John P. Newton, Jr.
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919
Attorney for Debtor



/s/ Gwendolyn M. Kerney (by ml w/perm)
Gwendolyn M Kerney
Chapter 13 Trustee
P. O. Box 228
Knoxville, TN 37901
CH 13 Trustee

3:15-bk-33764-SHB
16-226912
MFR