United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                              Case No. 15-33764-SHB
Randy Harold Baker                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0649-3          User: harpern          Page 1 of 1          Date Rcvd: Oct 18, 2017
                              Form ID: pdfoRLFS     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db           +Randy Harold Baker,    33 Hemlock Dr.,   Pippa Passes, KY 41844-9102
cr            Cynthia Runyon,    31111 Cecelia Street,    White Pine, TN 37890,   UNITED STATES
cr           +REVERSE MORTGAGE SOLUTIONS, INC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
              Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: tdickenson@hdclaw.com Oct 18 2017 20:31:50      Newport Federal Bank,
              c/o Thomas H. Dickenson,    Hodges, Doughty & Carson,   P. O. Box 869,
              Knoxville, TN  37901-0869
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Honda Lease Trust
cr            Reverse Mortgage Solutions, Inc.,
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
      Angela Boyd Mathews    on behalf of Creditor    Reverse Mortgage Solutions, Inc.,
               EDECF@wilson-assoc.com, EDECF@ecf.courtdrive.com
      Gwendolyn M Kerney    ECFKnoxville@trustee13.com, trustee13@ch13etn.com
      H. Tucker Dewey    on behalf of Creditor    Honda Lease Trust tdewey@deweylawfirm.com
      Holly N. Knight    on behalf of Creditor    Reverse Mortgage Solutions, Inc.,
              hknight@knightlawpllc.com
      Joel W. Giddens    on behalf of Creditor    Reverse Mortgage Solutions, Inc.,
               EDECF@wilson-assoc.com, EDECF@ecf.courtdrive.com
      John P. Newton, Jr.    on behalf of Debtor Randy Harold Baker mayerandnewton@mayerandnewton.com
      Lori Lynn McGowan    on behalf of Creditor    Reverse Mortgage Solutions, Inc., ECF_TN@rcolegal.com,
               LMcGowan@rcolegal.com
      Richard M. Mayer    on behalf of Debtor Randy Harold Baker mayerandnewton@mayerandnewton.com
      Thomas H. Dickenson    on behalf of Creditor    Newport Federal Bank tdickenson@hdclaw.com
      United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
      Weston A. Gantte    on behalf of Creditor Cynthia  Runyon weston@wganttelaw.com
                                                                                              TOTAL: 11

**SO ORDERED.**
**SIGNED this 18th day of October, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 3:15-bk-33764-SHB |
| **RANDY HAROLD BAKER,** | CHAPTER 13 |
| Debtor. | |
| | HON. SUZANNE H. BAUKNIGHT |

_____

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY REVERSE MORTGAGE SOLUTIONS, INC.

This matter having come before the Court pursuant to the Motion for Relief from the Automatic Stay filed by REVERSE MORTGAGE SOLUTIONS, INC., and based upon the record herein,

It appearing that REVERSE MORTGAGE SOLUTIONS, INC. has a lien on the real property located at 353 Poplar Grove Road, Harrogate, Tennessee 37752, by virtue of a Promissory Note ("Note") and Deed of Trust ("Mortgage") executed on July 18, 2013, by Virginia Baker, Attorney in fact for Charles N. Baker, and Virginia Baker, securing payment of

3:15-bk-33764-SHB
16-226912
MFR

the Note in the maximum principal amount of $192,000.00 to Reverse Mortgage Solutions, Inc. dba Security 1 Lending, which Mortgage was recorded on August 8, 2012 in Book 1388 at Page 444-458 in the Public Records of Claiborne County, Tennessee, and that the Debtor is responsible for maintaining taxes and insurance on the property throughout the term of the loan,

**IT IS, THEREFORE, ORDERED** that:

1. The Motion for Relief of REVERSE MORTGAGE SOLUTIONS, INC. is hereby conditionally denied;

2. The Debtor shall tender payment of the past due insurance premiums to REVERSE MORTGAGE SOLUTIONS, INC. in the amount of $673.33 within ten days of entry of this Agreed Order;

3. If the Debtor fails to tender payment of the past due insurance premiums in the amount of $673.33 within ten days of entry of this Agreed Order, then REVERSE MORTGAGE SOLUTIONS, INC. shall be granted relief from the automatic stay provisions of 11 U.S.C. § 362 and may proceed with enforcement of its security interest in the real property located at 353 Poplar Grove Road, Harrogate, Tennessee;

4. The Debtor shall continue to maintain insurance on the real property;

5. If the Debtor fails to maintain insurance on the real property, then REVERSE MORTGAGE SOLUTIONS, INC. shall be granted relief from the automatic stay provisions of 11 U.S.C. § 362 and may proceed with enforcement of its security interest in the real property located at 353 Poplar Grove Road, Harrogate, Tennessee 37752 after 15 days' notice and right to cure;

6. If the Debtor fails to tender payment of the past due insurance premiums or fails to maintain insurance on the real property pursuant to the terms of this Agreed Order,

then Reverse Mortgage Solutions, Inc., shall file a Notice of Default and Termination of the Automatic Stay; and

7. The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived by this Court.

### 

APPROVED FOR ENTRY:

/s/ Holly N. Knight
Holly N. Knight, Esq. (017940)
Attorney for REVERSE MORTGAGE SOLUTIONS, INC.
Knight Law Firm
102 Woodmont Boulevard, Suite 200
Nashville, TN 37205
(615) 345-0328
hknight@knightlawpllc.com


/s/ John P. Newton, Jr.
John P. Newton, Jr.
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919
Attorney for Debtor



/s/ Gwendolyn M. Kerney (by ml w/perm)
Gwendolyn M Kerney
Chapter 13 Trustee
P. O. Box 228
Knoxville, TN 37901
CH 13 Trustee