# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Randy Harold Baker**                                                                 Case No.   **3:15-bk-33764-SHB**
                                Debtor(s)                                                       Chapter    **13**

## Notice of Change of Address

**My Former Mailing Address was:**

Name:                **Cynthia Runyon**

Street:              **31111 Cecelia Street**

City, State and Zip: **White Pine, TN 37890**


**Please be advised that effective immediately,
my new mailing address is as follows:**

Name:                **Cynthia Runyon**

Street:              **1570 Laurel Hills Circle**

City, State and Zip: **Jefferson City, TN 37760**


                                                                        **/s/ Cynthia Runyon**
                                                                        Creditor