IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:       RANDY HAROLD BAKER                #15-33764-SHB
                                                Chapter 13
                                                Filed 12/28/15
                                                Confirmed March 4, 2016

## AMENDED NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the <u>Chapter 13 Trustee's Amended Motion</u> to Dismiss on 11/06/2019 at 11:00 a.m., in the Courtroom 1C, located at U.S. Bankruptcy Court, Howard H. Baker, Jr. Courthouse, 800 Market St., Knoxville, TN  37902.**

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.   If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter and order granting that relief.**

## <u>TRUSTEE'S AMENDED MOTION TO DISMISS</u>

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C.  §1307 for one or more of the following reasons:

____    **Approximate** plan arrearage of $ accrued since .
____    Cumulative plan arrearage, including current arrearage, is **approximately** $
        ( prior Motions to Dismiss for arrearages).
____    Secured creditors are behind.
____    Case is no longer feasible due to: ___ plan arrearages; ___excessive claims filed.
____    Case has expired or is near expiration with an unpaid balance of $_____.
____    Debtor(s) failed to appear for scheduled 341 Meeting of Creditors.
__X__   Other: The Trustee has not received the plan portion ($8,611.00) of the 2017 tax refund.
        The Trustee has not received the plan portion ($8,897.00) of the 2018 tax refund.

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

    Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Amended Motion to Dismiss and Amended Notice of Hearing and hereby certifies that a true and exact copy of the same has been serviced by Electronic Case Filing (ECF) and/or by first class United States Mail (USM) postage prepaid on the following individuals as addressed below on October 24, 2019.

| | |
|---|---|
| RANDY HAROLD BAKER /  (USM)<br>33 HEMLOCK DRIVE<br><br>PIPPA PASSES, KY  41844- | s/ Gwendolyn M. Kerney ( by en w/perm)<br>Gwendolyn M. Kerney, #7280<br>Chapter 13 Trustee<br>PO Box 228<br>Knoxville, TN  37901<br>(865) 524-4995 |
| RICHARD M. MAYER AND/OR JOHN P. NEWTON (ECF)<br>LAW OFFICES OF MAYER & NEWTON<br>Debtor(s) Attorney | Tiffany DiIorio (ECF)<br>U.S. Trustee's Office |